Partido Acción Cristiana, Mario E. Dávila y Eduardo Flores, peticionarios, *v.* Secretario de Estado de Puerto Rico, demandado.

Número 522.

*Sometido:* 17 de octubre de 1960. *Resuelto:* 21 de octubre de 1960.

*Francisco Ponsa Feliú* y *Álvaro R. Calderón, Jr.,* abogados de los peticionarios; *Hon. Secretario de Justicia Hiram R. Cancio, J. B. Fernández Badillo, Procurador General de Puerto Rico* y *Arturo Estrella, Subprocurador General,* abogados del demandado.

Visto el informe del Secretario de Estado y la certificación del candidato del Partido Acción Cristiana para el precinto electoral de Río Piedras II, que se acompaña, el Tribunal resuelve que se ha tornado en académica y, por lo tanto, es innecesario resolver la cuestión de si el Secretario actuó o no legalmente al rechazar otros grupos de peticiones de dicho precinto por haberse omitido en ellas los datos sobre la edad o el color de los firmantes.  Por consiguiente, el Tribunal ordena el archivo de la solicitud de los peticionarios en cuanto a las mencionadas peticiones.

Así lo pronunció y manda el Tribunal y firma el señor Juez Presidente.

El Juez Asociado señor Saldaña no intervino.